AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

HP Laptop Computer in Kenneth Cole Reaction Laptop Bag
Serial #
Property Tag #

**SEARCH WARRANT**

CASE NUMBER:
**07-038-M-01**

TO: __Ronald D. Williams__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Ronald D. Williams__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

See Attachment A

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___FEB 22 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__FEB 12, 2007  1:41 pm__    at Washington, D.C.
Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer          Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/12/2007 | 2/12/2007 | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

NO OTHER PERSONAL PROPERTY WAS TAKEN PURSUANT TO THE WARRANT OTHER THAN THE COMPUTER AND THE FILES ON THE COMPUTER.

**FILED**

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Ronald W. Kellian* (signature)

Subscribed, sworn to, and returned before me this date

*(signature)* 2-21-07
U.S. Judge or U.S. Magistrate Judge   Date